**Motion Granted; Vacated and Remanded and Memorandum Opinion filed September 29, 2011.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-11-00468-CV

_____

## MICHAEL JACKSON, Appellant

### V.

## CONTITECH BEATTIE CORPORATION F/K/A PHOENIX BEATTIE CORPORATION, Appellee

---

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2009-32227**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 21, 2011.

On September 19, 2011, the parties filed a joint motion to remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1.   The motion is granted.

Accordingly, we vacate the judgment signed February 21, 2011, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.